*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Frederick Richard Reimert,
Jr. and Shannon L Reimert
    Debtor(s)

Case No: 14–13172–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Objection Filed by Frederick Richard Reimert Jr., Shannon L Reimert to the Certification of Default filed by Creditor Wells Fargo Bank, N.A.

on: 3/14/19

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/15/19

Timothy B. McGrath
Clerk of Court